AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.                                                                Case Number:   08-6403M

Stephen F. Vyncke

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
**211 19th Street, Rock Island, IL**
on
**Monday, April 14, 2008 at 11:30am**
before the
HONORABLE **Thomas J. Shields, U.S. Magistrate Judge**

To answer a(n) **Complaint** charging you with a violation of Title **18**, United States Code, Section(s) **1505 and 18** United States Code, Section(s) 1001.

Brief description of offense:

Obstruction of a Pending Proceeding and Making a False Statement

DATE: 4/2/08

JOHN M. WATERS, CLERK

S/Denise Koester
_____
BY:  DEPUTY CLERK

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY:___S/Denise Koester_____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:___3-4/2/08_____

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) 04-02-2008 |
| Check one box below to indicate the appropriate method of service |
| [✓] Served personally upon the defendant at: U.S. MARSHALS OFFICE 211 19th ST. ROCK ISLAND, IL. 61201 |
| [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.<br>Name of person with whom the summons was left: _____<br><br>[ ] Returned unexecuted: _____ |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.<br><br>Returned on: 04-02-2008          STEVEN DEATHERAGE<br>           Date                              Name of United States Marshal<br><br>                                   S/James Wiegand<br>                                   (by) Deputy United States Marshal<br><br>Remarks: |