UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08-mj-6403 |
| | ) |
| STEPHEN F. VYNCKE, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

NOW COMES Donovan S. Robertson, Attorney for Defendant, STEPHEN F. VYNCKE, and hereby enters his appearance on behalf of the Defendant.

/s/ Donovan S. Robertson
Donovan S. Robertson
Attorney for Defendant

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on April 9, 2008.

BY:  CM/ECF

/s/  Donovan S. Robertson

COYLE, GILMAN, STENGEL
BAILEY & ROBERTSON
100 - 17th Street, Suite 405
Rock Island, IL 61201
(309)793-4005