FILED
APR 15 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. _____ |
| v. | ) | |
| | ) | VIO: Title 18, United States Code, |
| STEPHEN FRANK VYNCKE, | ) | Sections 1001 and 1505. |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Obstruction of a Pending Proceeding)

On or about October 10, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**STEPHEN FRANK VYNCKE,**

did corruptly endeavor to influence, obstruct and impede the due and proper administration of the law under which a pending proceeding was being had before an agency and department of the United States, that is, the Department of Labor and its agency the Occupational Safety and Health Administration, ("OSHA"), in that the defendant altered the worksite located at 513 31st Avenue in Rock Island, Illinois, by erecting safety fall protection on the roof of the building after the death of Walter Whipple on October 10, 2007, in an effort to obstruct the OSHA investigation, all in violation of Title 18, United States Code, Section 1505.

## COUNT TWO
(Obstruction of a Pending Proceeding)

On or about October 16, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**STEPHEN FRANK VYNCKE,**

did corruptly endeavor to influence, obstruct and impede the due and proper administration of the law under which a pending proceeding was being had before an agency and department of the United States, that is, the Department of Labor and its agency the Occupational Safety and Health Administration, ("OSHA"), in that the defendant falsely represented during an interview with an OSHA compliance officer that safety fall protection was in place on the roof of a building located at 513 31st Avenue in Rock Island, Illinois on October 10, 2007, and for several days prior to then, when in fact no safety fall protection was put in place on the roof until after the death of Walter Whipple on October 10, 2007, all in violation of Title 18, United States Code, Section 1505.

## COUNT THREE
(Obstruction of a Pending Proceeding)

On or about October 10, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**STEPHEN FRANK VYNCKE,**

did corruptly endeavor to influence, obstruct and impede the due and proper administration of the law under which a pending proceeding was being had before an agency and department of the United States, that is, the Department of Labor and its agency the Occupational Safety and Health Administration, ("OSHA"), in that the defendant instructed a witness, whom he knew was to be interviewed in the course of a pending investigation by OSHA, not to tell anyone about the lack of safety fall protection and safety equipment at a building located at 512 31st Avenue in Rock Island,

Illinois, and thereby to withhold such information from OSHA, all in violation of Title 18, United States Code, Section 1505.

## COUNT FOUR
### (Making a False Statement)

On or about October 16, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**STEPHEN FRANK VYNCKE,**

in a matter within the jurisdiction of the Department of Labor and its agency the Occupational Safety and Health Administration, ("OSHA"), did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that the defendant falsely stated to an OSHA compliance officer that safety fall protection was in place on the roof of a building located at 513 31st Avenue in Rock Island, Illinois on October 10, 2007, and for several days prior to then, when in fact no safety fall protection was put in place on the roof until after the death of Walter Whipple on October 10, 2007, all in violation of Title 18, United States Code, Section 1001.

**A TRUE BILL**

s/ Foreperson
**FOREPERSON**

s/ John Campbell
**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
SLD

-3-